UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| VINCENT MALFA, | } | Case No. 5:16-cv-618-JSM-PRL |
| PLAINTIFF | } | |
| | } | |
| v. | } | |
| | } | |
| STELLAR RECOVERY, INC., | } | |
| DEFENDANT | } | |
| _____/ | | |

## NOTICE OF SETTLEMENT AND REQUEST FOR

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Vincent Malfa, by and through undersigned counsel, hereby informs the court that the above-captioned matter has been settled and voluntarily requests that the case be dismissed with prejudice.

Respectfully submitted this 18th day of July, 2017,

By Plaintiff's attorney: /s/ Nicholas Michael Murado
Nicholas Michael Murado
Florida Bar # 102769
Murado Law, P.A.
2010 S.W. 99th Avenue
Miramar, Florida, 33025
Telephone: 754-816-2196
E-mail: muradolaw@gmail.com