UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VINCENT MALFA,

    Plaintiff,

v.                                          Case No: 5:16-cv-618-Oc-30PRL

STELLAR RECOVERY, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement and Request for Voluntary Dismissal With Prejudice (Doc. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of July, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record